940

No. 89–7245.  HERNANDEZ *v.* MUNICIPAL COURT OF THE LOS ANGELES JUDICIAL DISTRICT.  Sup. Ct. Cal.  Certiorari denied.

No. 89–7259.  FLUKER *v.* TOWNSEND.  Sup. Ct. Ga.  Certiorari denied.

No. 89–7261.  QUARLES *v.* BRADLEY, PRESIDENT JUDGE OF THE COMMON PLEAS COURT OF PHILADELPHIA COUNTY.  C. A. 3d Cir.  Certiorari denied.

No. 89–7266.  SINDRAM *v.* DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 89–7276.  NORA *v.* DIRECTOR, LAWYERS BOARD OF PROFESSIONAL RESPONSIBILITY FOR MINNESOTA.  Sup. Ct. Minn. Certiorari denied.

No. 89–7277.  MCCOLPIN *v.* CITY OF WICHITA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–7278.  SNETHEN *v.* NIX, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 89–7286.  BROWN *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 89–7291.  JONES *v.* NORTH CAROLINA DEPARTMENT OF TRANSPORTATION, DIVISION OF MOTOR VEHICLES.  C. A. 4th Cir.  Certiorari denied.

No. 89–7293.  KLACSMANN *v.* GREENBLUM.  C. A. 11th Cir. Certiorari denied.

No. 89–7299.  CHERRY *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 89–7304.  BIRR *v.* SHILLINGER, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–7305.  BENNETT *v.* HUFF ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–7309.  SOUTHERLAND *v.* CROCKER.  C. A. 6th Cir. Certiorari denied.